JS - 6

Mark D. Rutter (SBN 058194)
CARPENTER, ROTHANS & DUMONT
888 S. Figueroa St., Suite 1960
Los Angeles, California 90017

Telephone: (213) 228-0400
Facsimile:   (213) 228-0401

Attorneys for defendants City of Hawthorne, Hawthorne Police Department, Stephen R. Port, Melanie Newenhamn

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY SCALLION, | CASE NO. CV05-6849 GAF (PLAx) |
| Plaintiff, | |
| | JUDGMENT AFTER TRIAL BY JURY |
| -vs- | |
| CITY OF HAWTHORNE, public entity; HAWTHORNE DEPARTMENT, a public entity; STEPHEN PORT, an individual; OFFICER NEWENHAM (#233), an individual, OFFICER DESCANT (#555), an individual , DUSYN (#C258), an individual; OFFICER SWAIN (#50241); and DOES 1 through 10, | Hon. Gary A. Feess |
| Defendants. | |

This action came on regularly for trial on March 24, 2009 in Courtroom 740 of the United States District Court, Central District of California, the Honorable Gary A. Feess, Judge Presiding; the plaintiff Wendy Scallion appearing by attorneys Donald W. Cook and Ellen Ellison, the defendants City of Hawthorne, Hawthorne Police Department, Stephen R. Port and Melanie Newenham appearing by attorney Mark D. Rutter. Trial of the issue of individual liability of defendant Melanie Newenham was ordered to precede trial of all remaining issues.

1  A jury of 8 persons was regularly impaneled and sworn on March 24, 2009.
2  Witnesses were sworn and testified.  After hearing the evidence and arguments of
3  counsel, the jury was duly instructed by the Court, and the cause was submitted to
4  the jury on March 25, 2009 with directions to return a verdict.  The jury deliberated
5  and thereafter returned to the court with its verdict consisting of the issues
6  submitted to the jury and the answers given thereto by the jury, which said in
7  words and figures as follows:
8  "WE, THE JURY, in the above-entitled action now reach a unanimous verdict on
9  the following questions submitted to us:
10    1.  During the booking search of Plaintiff Wendy Scallion, did Officer
11 Melanie Newenham lift Plaintiff's jacket to a point where Ms. Scallion's breasts
12 were exposed to view?
13 Yes_____     No __X__
14    If you answered "No", please sign and return the verdict form to the Court.
15    If you answered "Yes" go to Question No. 2.
16    2.  Was Officer Newenham's conduct in exposing Plaintiff's breast
17 malicious, oppressive or in reckless disregard of plaintiff's rights?
18 Yes ____     No _____
19    Sign and return the verdict form to the Court.
20 Dated:
21                                                              _____
22                                                                          Foreperson
23    By reason of the jury's special verdict and the rulings of the Court that
24 remaining issues have been determined by virtue of the jury's special verdict,
25 defendants City of Hawthorne, Hawthorne Police Department, Stephen A. Port and
26 Melanie Newenham are entitled to Judgment against plaintiff Wendy Scallion and
27 to recover their costs of suit as taxed in this matter from plaintiff Wendy Scallion.
28    Now, therefore, it is ORDERED, ADJUDGED AND DECREED that

1  defendants City of Hawthorne, Hawthorne Police Department, Stephen A. Port
2  and Melanie Newenham receive Judgment against plaintiff Wendy Scallion and
3  recover costs in accordance with FRCP Rule 54 and Local Rule 54.
4  Dated:   April 14, 2009

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE